UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALDINE K. WEITLAUF, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV00407 ERW |
| ) | |
| PARKWAY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the memorandum and order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Parkway School District shall have judgment against Plaintiff Geraldine K. Weitlauf on all counts of Plaintiff's Complaint. All counts of Plaintiff's Complaint are **DISMISSED with prejudice**.

Dated this 20th Day of August, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE